JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA PALAFOX,<br><br>             Plaintiff,<br><br>        v.<br><br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a professional partnership and DOES 1-24, inclusive<br><br>             Defendants. | Case No. 8:24-cv-00013-JVS-ADS<br><br>Removed from Orange County Superior Court Case No. 30-2023-01353624-CU-WT-WJC<br><br>**ORDER FOR REMAND TO STATE COURT [21]**<br><br>Complaint Filed:   October 3, 2023<br>FAC Filed:              March 11, 2024 |

1     WHEREAS, the First Amended Complaint does not advance claims for "Breach of Contract", "Breach of Covenant of Good Faith and Fair Dealing", or "Interference with FMLA Leave Rights", which provided the Court with federal subject matter jurisdiction and were the basis for SCPMG's removal of this case from the Superior Court of the State of California for the County of Orange;

    WHEREAS, although the Court has discretion to retain supplemental jurisdiction over the remaining claims, due to the absence of federal subject matter jurisdiction over the claims advanced in the First Amended Complaint and the Parties request that this case be remanded to the Superior Court of the State of California for the County of Orange for lack of federal subject matter jurisdiction;

    WHEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this case be remanded to the Superior Court of the State of California for the County of Orange for lack of federal subject matter jurisdiction.

DATED: March 28, 2024

_____
Honorable Judge James V. Sena